# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PENN-STAR INSURANCE COMPANY,**
a Pennsylvania corporation                                                                    **PLAINTIFF**

v.                   Case No. 3:17-cv-00281-KGB

**ONDRAKO MONTGOMERY,**
an individual and an Arkansas citizen                                                         **DEFENDANT**

## ORDER

Plaintiff Penn-Star Insurance Company has filed a notice of voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 3). No answer or motion for summary judgment has been served on plaintiff. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court dismisses with prejudice Penn-Star Insurance Company's claims.

So ordered this the 24th day of January, 2018.

                                                                                   _____
                                                                                   Kristine G. Baker
                                                                                   United States District Judge